Ray SMITH; David Barlow, Individually and on behalf of all other persons in the United States Similarly Situated, Plaintiffs–Appellants,

v.

COUNTRYWIDE CREDIT INDUSTRIES INC.; et al., Defendants,

Countrywide Home Loans Inc., Individually, doing business as America's Wholesale Lender, Defendant–Appellee.

No. 04–20827.

United States Court of Appeals, Fifth Circuit.

Decided June 13, 2005.

Daniel Kistler, Robert L. Collins, Houston, TX, for Plaintiff–Appellant.

Robert T. Mowrey, Calvin Don Clayton, Locke Liddell & Sapp, Dallas, TX, for Defendant–Appellee.

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

---

Ana Felicita NIETO–BAQUERO, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 04–60700.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 14, 2005.

Gloria Sarahi Echevarria, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Hipolito

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.